

**JARETT L. WARNER, ESQUIRE**
Direct Dial: (212) 809-1669
jwarner@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, 35th Floor
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

September 6, 2018

<u>**Via ECF**</u>

Honorable Judge Sanket J. Bulsara
Unite States District Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

             **Re:**      **Teleport Commnications America, LLC v. Maspeth Supply Co., LLC**
                         **Index No.:**      **18-cv-03676-FB-SJB**
                         **Our File No.:  10223.0064531**

Dear Magistrate Judge Bulsara:

        This law firm is local counsel for Teleport Communications America, LLC, in the above-captioned matter. We write to respectfully request that co-counsel for Teleport, Troy Glander, be allowed to appear by telephone at the Initial Conference scheduled for tomorrow September 7, 2018. Mr. Glander has the relationship with this client, primary communications with the client, will be conducting depositions, and trying the case, to the extent the matter is tried. However, Mr. Glander's office is located in Texas. All parties consent to Mr. Glander's telephonic appearance. As local counsel I will also personally be appearing on behalf of Teleport at tomorrow's conference as well.

        Thank you for your time and consideration.

                      Very truly yours,

                      **CHARTWELL LAW**

                      By:  *Jarett L. Warner*
                                Jarett L. Warner

cc:    Troy Glander
       Counsel of Record (via ECF)